# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-3693

———————

Benito Cardenas-Hernandez,      *

     *

          Appellant,      *

     *    Appeal from the United States

      v.                 *    District Court for the

     *    Western District of Arkansas.

Officer McHenry, D6; Sgt. Ritter; Sgt.    *

Moore; Officer Pruitt; Frank Atkinson,    *    [UNPUBLISHED]

Sheriff; Crystal Reed, Nurse,      *

     *

          Appellees.      *

———————

Submitted: November 20, 2009
Filed: November 25, 2009

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

Arkansas inmate Benito Cardenas-Hernandez appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Having carefully reviewed the record and considered Cardenas-Hernandez's arguments, we

———————

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

find no basis for reversal.  *See Choate v. Lockhart*, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993) (standard of review).  The other challenged orders resulted in no reversible error, and appellant improperly attempts to raise some issues for the first time on appeal, which we will not consider.

Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____